UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA

v.

CARLOS PEREZ,

Defendant.

NO. CR 08-5533 BHS

Order Granting Defense Counsel's Motion to Withdraw

**Order**

Phil Brennan moves the Court to allow him to withdraw as attorney for Mr. Perez for the reason that Mr. Brennan already represents Jesus Guerrero-Angel in a related case (US v. Valencia-Rojas, 08-5602 RBL) and that continued representation of Mr. Perez could create a conflict for Mr. Brennan vis a vis both clients. The Court finds this explanation to be a reasonable basis to withdraw, and accordingly GRANTS the motion.

//

//

//

Order Granting Withdrawal Motion       1        PHIL BRENNAN, Esq.
P.O. Box 22837
Seattle, WA 98122
(206) 372-5881

Mr. Brennan shall no longer represent Mr. Perez, and the CJA office shall appoint new counsel for Mr. Perez immediately.

IT IS SO ORDERED this 7th day of October, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

Order Granting Withdrawal Motion 2

PHIL BRENNAN, Esq.
P.O. Box 22837
Seattle, WA 98122
(206) 372-5881