UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLOS PEREZ,<br><br>    Defendant. | CASE NO. CR08-5533BHS<br><br>ORDER DENYING DEFENDANT'S MOTION TO WITHDRAW PLEA OF GUILTY |

This matter comes before the Court on Defendant Carlos Perez's ("Perez") motion to withdraw his plea of guilty. Dkt. 237. The Court has considered the pleadings filed in support of and in opposition to the motion, the oral arguments of counsel for the parties, and the remainder of the file, and hereby denies Perez's motion for the reasons stated on the record at the hearing held by the Court on October 20, 2010.

Therefore, it is hereby **ORDERED** that Perez's motion to withdraw his plea of guilty (Dkt. 237) is **DENIED**.

DATED this 20th day of October, 2010.

BENJAMIN H. SETTLE
United States District Judge

ORDER